IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **NANA KEITA**                   **Plaintiff**  v.  **DELTA COMMUNITY SUPPORTS, INC.**                   **Defendant** | Civil Action No. 19-5967 |
|---|---|

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 24th day of June, 2020, upon consideration of Defendant's Motion to Dismiss, (ECF 6), Plaintiff's opposition, (ECF 7), and Defendant's reply, (ECF 8), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss, (ECF 6), is **GRANTED**.  Counts I, II, and III are **DISMISSED** without prejudice and with leave to amend within thirty (30) days.

It is **FURTHER ORDERED** that, upon consideration of Defendant's Motion for Sanctions, (ECF 9), Plaintiff's opposition, (ECF 10), Defendant's reply, (ECF 11), and Plaintiff's sur-reply, (ECF 14), Defendant's Motion for Sanctions, (ECF 9), is **DENIED**.

BY THIS COURT:

s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-5967 Keita\19cv5967 Order re Motion to Dismiss