# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nana Keita,<br><br>                  **Plaintiff,**<br><br>v.<br><br>Delta Community Supports, Inc.,<br>                  **Defendant** | **CIVIL ACTION NO. 19-5967** |

## ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

  **AND NOW**, this 5th day of November, 2020, upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint, (ECF 23), Defendant's opposition, (ECF 24), and Plaintiff's reply, (ECF 25), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Leave to File a Second Amended Complaint, (ECF 23), is **GRANTED**.

  Consequently, Defendant's Motion to Dismiss the Complaint, (ECF 22), is hereby **DISMISSED** as moot.

                            **BY THIS COURT:**

                            **s/ Michael M. Baylson**

                            _____
                            **MICHAEL M. BAYLSON**
                            **United States District Court Judge**